# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139561(77)(78)(79)

JAMES YKIMOFF,
            Plaintiff-Appellee,

v

W.A. FOOTE MEMORIAL HOSPITAL,
            Defendant-Appellant,
and

DAVID EGGERT, M.D. and DAVID
PROUGH, M.D.,
            Defendants.

_____

SC: 139561
COA: 279472
Jackson CC: 04-002811-NH

        On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is GRANTED. Motions by the parties for extension of the time for filing their supplemental briefs are considered and they are GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk